`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
FEB -5 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**MAGGIE R. WILLIAMS,**

        **Plaintiff,**

v.                                **CIVIL ACTION NO. 4:19cv130**

**ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,**

        **Defendant.**

## *ORDER*

Before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's action for judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for Supplemental Security Disability Income ("SSDI") under the Social Security Act. The Plaintiff filed a Motion for Summary Judgment (ECF No. 15) and the Commissioner filed a cross Motion for Summary Judgment and Memorandum in Support (ECF Nos. 20, 21). This action was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation.

On January 20, 2021, the Magistrate Judge filed his report recommending that Plaintiff's Motion for Summary Judgment be **GRANTED**, the Commissioner's Motion for Summary Judgment be **DENIED**, and the final decision of the Commissioner be **VACATED** and **REMANDED**. By copy of the report, each party was advised of their right to file written

objections to the findings and recommendations of the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed January 20, 2021, and it is, therefore **ORDERED** that the Plaintiff's Motion for Summary Judgment (ECF No. 15) is **GRANTED,** the Commissioner's Motion for Summary Judgment (ECF No.21) is **DENIED**, and the final decision of the Commissioner is **VACATED** and **REMANDED.**

The Clerk shall provide a copy of this final Order to Plaintiff and the counsel of record for Defendant.

**IT IS SO ORDERED.**

Norfolk, Virginia
February 4, 2021

Raymond A. Jackson
**United States District Judge**